UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

  PLAINTIFF,

v.                CR. No. 08-20020

CLIFTON AMERSON SHULTZ,    HONORABLE SEAN F. COX

  DEFENDANT.
_____/

**ORDER ADOPTING
SUPPLEMENTAL REPORT & RECOMMENDATION
ON DEFENDANT'S MOTION TO SUPPRESS**

  Defendant Clifton Amerson Shultz ("Defendant") is charged with being a felon in possession of a firearm. On April 17, 2008, Defendant filed a motion to suppress evidence and the motion was referred to Magistrate Judge Michael Hluchaniuk for issuance of a report and recommendation.

  Magistrate Judge Hluchaniuk held an evidentiary hearing on June 12, 2008. On September 12, 2008, Magistrate Judge Hluchaniuk issued a Report and Recommendation ("R&R") wherein he recommended that the Court grant the motion. (Docket Entry No. 23).

  Following consideration of objections filed by the Government, on October 23, 2008, this Court issued an order referring the matter back to Magistrate Judge Hluchaniuk with specific instructions.

  On December 16, 2008, Magistrate Judge Hluchaniuk issued his "Supplemental Report and Recommendation on Defendant's Motion to Suppress" (Docket Entry No. 31) wherein he recommends that Defendant's motion be granted. The Supplemental R&R advised the parties

that they may object to and seek review of the Supplemental R&R within 10 days. (*Id*. at 16). No objections to the Supplemental R&R have been filed by either party, and the time period for filing such objections has now passed.

Accordingly, **IT IS ORDERED** that the Supplemental R&R is hereby **ADOPTED** and Defendant's Motion to Suppress Evidence is **GRANTED.**

**IT IS SO ORDERED**.

                                      s/Sean F. Cox  
                                      Sean F. Cox  
                                      United States District Judge

Dated: January 7, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 7, 2009, by electronic and/or ordinary mail.

                                      s/Jennifer Hernandez  
                                      Case Manager